UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY A. TAYLOR,

    Petitioner,

v                                            Case No. 1:04-cv-28

KURT JONES,                           Hon. Wendell A. Miles

    Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 7th day of November, 2006.

                                                     /s/ Wendell A. Miles
                                                   Wendell A. Miles
                                                   Senior U.S. District Judge